NUMBER 13-00-607-CR




COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


LAMAR EDWARD WINBUSH
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 183rd District Court 


of Harris County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and

Yanez

Opinion Per Curiam



 Appellant, LAMAR EDWARD WINBUSH, perfected an appeal from
a judgment entered by the 183rd District Court of Harris County, Texas, 
in cause number 838076. On March 8, 2001, this cause was abated,
and the trial court was directed to conduct a hearing in accordance with
Tex. R. App. P. 38.8(b)(2). The trial court's findings and
recommendations were received on April 5, 2001. The trial court found
that the appellant does not wish to prosecute his appeal.

 The Court, having considered the documents on file and the trial
court's findings and recommendations, is of the opinion that the appeal
should be dismissed. The appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 19th day of April, 2001.